grounds identical with those presented in each of the above cases. See, also, Acosta v. Board of Levee Commissioners, 12 La. App. 488, 126 So. 463; Alfred Oliver & Co. v. Board, 169 La. 438, 125 So. 441; Fabre et al. v. Board, 170 La. 210, 127 So. 603, and Louisiana Southern Railway Company v. Board, 176 La. 687, 146 So. 470.

The judgment appealed from in each of the above cases is affirmed.

Affirmed.

---

Peter JOHNSON, Plaintiff-Appellant, v. BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT, Defendant-Appellee.

Edwin RICHAUX, Plaintiff-Appellant, v. SAME.

Sam HILL, Plaintiff-Appellant, v. SAME.

Edwin MESSA, Plaintiff-Appellant, v. SAME.

Edwin HOWARD, Plaintiff-Appellant, v. SAME.

Joseph SIMEON, Plaintiff-Appellant, v. SAME.

Rufus B. MORAN, Plaintiff-Appellant, v. SAME.

Nos. 13319, 13248, 13245, 11953, 13321, 13226, 13250.

Court of Appeal, of Louisiana. Orleans.
Nov. 27, 1933.

PER CURIAM.

The above-numbered and designated cases arise out of the artificial crevasse at Caernarvon in the year 1927. In each of the cases the plaintiff presents a claim for loss of earnings as the result of being thrown out of employment.

In Foret v. Board of Levee Commissioners Orleans Levee District, 169 La. 427, 125 So. 437, the Supreme Court of Louisiana affirmed a judgment dismissing a suit based on

---

John Jos. RUIZ, Plaintiff-Appellant, v. BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT, Defendant-Appellee.

Paul PEREZ, Plaintiff-Appellant, v. SAME.

James PURNELL, Plaintiff-Appellant, v. SAME.

Manuel PEREZ, Plaintiff-Appellant, v. SAME.

Louis ENCALADE, Plaintiff-Appellant, v. SAME.

Jordon FREEMAN, Plaintiff-Appellant, v. SAME.

Benny GONZALES, Plaintiff-Appellant, v. SAME.

Tony MONES, Plaintiff-Appellant, v. SAME.

Domingo CAMPO, Plaintiff-Appellant, v. SAME.

Jacob HAMILTON, Plaintiff-Appellant, v. SAME.

Vincent ALMOSA, Plaintiff-Appellant, v. SAME.

Tony FERNANDEZ, Plaintiff-Appellant, v. SAME.

James WILLIAMS, Plaintiff-Appellant, v. SAME.

Henry LACROIX, Plaintiff-Appellant, v. SAME.

Chas. CROSS, Plaintiff-Appellant, v. SAME.

Nos. 13247, 13246, 13389, 13230, 13237, 13238, 13239, 13242, 13243, 13244, 13229, 13228, 13227, 13207, 13009.

Court of Appeal of Louisiana. Orleans.
Nov. 27, 1933.

810

PER CURIAM.

The above cases arise as the result of the Caernarvon crevasse which was artificially created in 1927. Each of the above cases involves a claim based on the charge that the claimant was deprived of the ability to earn his livelihood in his chosen occupation.

In Alfred Oliver & Co. v. Board of Commissioners Orleans Levee District, 169 La. 438, 125 So. 441, the Supreme Court of Louisiana considered a case involving a question identical with that presented in each of the above cases and held that there was no right to recover. See, also, Acosta v. Board of Levee Commissioners, 12 La. App. 488, 126 So. 463; Foret v. Board, 169 La. 427, 125 So. 437; Fabre et al. v. Board, 170 La. 210, 127 So. 603, and Louisiana Southern Railway Company v. Board, 176 La. 687, 146 So. 470.

The judgment appealed from in each of the above cases is affirmed.

Affirmed.